**Order entered December 5, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-01157-CV

## IN RE LUKE SCHWINCK, Relator

**Original Proceeding from the 470th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 470-56682-2021**

## ORDER
Chief Justice Burns, Justice Partida-Kipness, and Justice Smith

Based on the Court's opinion of today's date, we **DENY** relator's October 27, 2022 petition for writ of mandamus.

/s/     ROBBIE PARTIDA-KIPNESS
JUSTICE